IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CEDRIC PIERRE YOUNG,<br><br>    Defendant. | Criminal Action No.:  1:22-CR-54<br>(JUDGE KLEEH) |

### INITIAL SCHEDULING ORDER

On April 18, 2023, came the United States of America by Brandon S. Flower, Assistant United States Attorney, and also came Defendant, Cedric Pierre Young, by videoconference and by his counsel, Sean Blythe Shriver, for arraignment in the above-styled criminal action.

Both Defendant and his counsel indicated on the record that they were agreeable to proceeding by videoconference, and both Defendant and his counsel executed a written waiver to this effect. [ECF No. 13].

The Court gave notice to the Government's attorney that pursuant to the Due Process Protections Act of 2020, the Court reminds counsel that under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, failing to disclose favorable evidence to the accused violates due process where the evidence is material either to guilt or punishment. Further, the Court noted that consequences for a Brady violation can include, but are not necessarily limited to, a vacated conviction and disciplinary actions against the prosecutor. The Court gave written notice to this effect to counsel, and ordered the same filed herein. [ECF No. 11].

The Magistrate Judge, in open court, determined that Defendant had received a copy of the indictment. Defendant waived reading of the indictment and entered a not guilty plea to the charges against him. Accordingly, the Court sets the following disclosure, pre-trial and trial dates:

IT IS **ORDERED** THAT:

(1) Pursuant to the Defendant's request, the United States Attorney shall provide Defendant's counsel with copies of pre-trial discovery and inspection on or before **April 25, 2023**.

Defendant shall provide reciprocal discovery pursuant to LRCrP 16.01(c) on or before **May 2, 2023**.

Any declination of disclosure, additional discovery or inspection and additional evidence shall be in accordance with LRCrP16.02, 16.03, and 16.04.

(2) Exculpatory evidence shall be disclosed on or before **April 25, 2023**. LRCrP 16.05.

(3) All motions, including any motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure and LRCrP 47.01, shall be filed on or before **May 3, 2023**. All such motions shall contain or be accompanied by a memorandum or brief presented at the time of filing setting forth the reasons and legal support for granting such motion. If this memorandum or brief is not presented at the time of filing, the motion will be dismissed.

(4) Responses to all such motions with legal support or memorandum shall be filed on or before **May 9, 2023**.

(5) A hearing on all motions, if referred to the Magistrate Judge by the Court, shall be held by the Magistrate Judge on **May 11, 2023 at 10:30 a.m**. The defendant shall be present at the hearing on all pre-trial motions. The United States Marshals Service requires that subpoenas for witnesses be issued ten days prior to the date of the hearing in order for them to be able to serve them.

(6)     Rule 404(b), <u>Giglio</u>, and <u>Roviaro</u> evidence shall be disclosed on or before **May 17, 2023**.  LRCrP16.06.

(7)     It is requested that the government disclose materials described in 18 U.S.C. § 3500 (<u>Jencks</u> Act material) on or before **May 17, 2023**.

(8)     All proposed voir dire questions, motions in limine (which must be limited to matters actually in dispute) and proposed jury instructions shall be submitted by counsel to the Court and opposing counsel on or before **May 17, 2023**.  LRCrP24.01.

The proposed jury instructions will (1) contain the style of the case, (2) the name of the party submitting the jury instructions, (3) be separately and consecutively numbered, (4) state by title the subject matter of the instruction, and (5) include a recorded citation of authority in support of the proposed jury instruction.

Objections to opposing counsel's instructions of law are due in writing no later than the last working day before trial.

Counsel are required to provide to the court by email the voir dire and instructions in WordPerfect or Microsoft Word format.  Please contact the District Judge's Chambers for an email address prior to filing.

(9)     By **May 17, 2023,** counsel for each party shall file with the United States Clerk's Office, Clarksburg Division and serve upon opposing counsel a list of probable witnesses and possible witnesses (identified as such), but not whether or not the Defendant shall be a witness. The list shall state the full name and address of each witness and shall also contain a brief statement of the subject matters to be covered by each witness.  Expert witnesses and record custodians, shall be identified as such on the list.  LRCrP16.07.

(10)    By **May 17, 2023**, counsel for each party shall file with the United States Clerk's Office, Clarksburg Division and serve upon opposing counsel a list of exhibits to be offered at trial. In addition, counsel for each party shall number the listed exhibits with evidence tags which may be obtained from the Clerk and shall exchange a complete set of marked exhibits with opposing counsel (except for large or voluminous items or other exhibits that cannot be reproduced easily). LRCrP16.08.

(11)    If this matter results in the formulation of a plea agreement, counsel for the Defendant shall file with the Court a Motion for Change of Plea on or before **May 15, 2023**. Counsel shall attach the executed plea agreement or an unexecuted final proposed agreement as an exhibit to the motion. If there is no written plea agreement between the parties, but the Defendant intends to plead guilty to some or all of the Indictment/Information, counsel for the Defendant shall file with the Court a Motion for Change of Plea on or before **May 15, 2023**.

(12)    A pre-trial conference in this case will be held on **May 22, 2023, at 12:15 p.m.** before the Honorable Thomas S. Kleeh, to discuss all pending matters and to confirm the trial date. All counsel and Defendant are required to be present in person at the pre-trial conference.

(13)    **Jury selection** in this matter will be conducted before the Court at the following time and place:

> United District Court
> 500 West Pike Street
> Clarksburg, West Virginia 26301
>
> Second Floor before District Judge Thomas S. Kleeh
>
> **June 5, 2023 at 9:30 a.m.**

(14)    **Trial** will commence upon completion of jury selection in all cases scheduled for trial. The Trial is scheduled for **June 5, 2023 (1 day)** in Clarksburg, West Virginia. **IF A PARTY**

**DESIRES TO FILE A MOTION FOR A CONTINUANCE OF A TRIAL OR ANY OTHER SCHEDULED EVENT, COUNSEL FOR THAT PARTY SHALL, PRIOR TO THE FILING OF ANY MOTION, MEET AND CONFER WITH OPPOSING COUNSEL AND AGREE UPON THREE NEW DATES SHOULD THE MOTION BE GRANTED AND THAT INFORMATION SHALL BE INCLUDED IN THE MOTION. IF COUNSEL FOR THE OPPOSING PARTY OBJECTS TO A CONTINUANCE, THAT FACT SHALL ALSO BE NOTED IN THE MOTION.**

(15)   Defendant shall appear at every scheduled matter including, but not limited to, motion hearing, pretrial conference, trial and every other proceeding.

(16)   Defense counsel shall notify the Clerk of Court in writing at least a week in advance if the services of an interpreter are required for a hearing or trial.

**IT IS FURTHER ORDERED** that Defendant be **REMANDED to the custody of the U.S. Marshals Service. [ECF No. 7-9].**

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: April 18, 2023

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE